**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JOSE ALPHONSO MUNOZ-PACHECO,    ) | |
| ) | |
| Petitioner,    ) | |
| ) | |
| vs.    ) | CIVIL NO.  05-348-GPM |
| ) | |
| ALBERTO GONZALES, et al.,    ) | |
| ) | |
| Respondents.    ) | |

# MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

This action, filed pursuant to 28 U.S.C. § 2241, was transferred to this Court from the United States District Court for the Northern District of Illinois.  Respondents were served with the petition and have responded to the extent that they requested that the case be transferred to this District.

**IT IS HEREBY ORDERED** that Respondents shall, within twenty-three (23) days of this Memorandum and Order, answer the substantive issues raised in the petition and show cause why the writ should not issue.

**IT IS FURTHER ORDERED** that pursuant to Local Rule of the United States District Court for the Southern District of Illinois 72.1(a)(2), this action is referred to a United States Magistrate Judge for further pretrial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be referred to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c),

*should all the parties consent to such a referral.*

**IT IS SO ORDERED.**

DATED:  06/06/05

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge